**LAW OFFICES OF TIMOTHY L. MCCANDLESS**
Timothy L. McCandless, Esq., SBN 147715
820 Main Street, Suite #1
P.O. Box 149
Martinez, California 94553
Telephone:     (925) 957-9797
Facsimile:     (925) 957-9799
E-mail:legal@prodefenders.com

*Attorneys for Plaintiff(s)*: Josephine Domingo; Lovelyn Domingo

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPHINE DOMINGO;<br>LOVELYN DOMINGO,<br><br>        Plaintiff(s),<br><br>VS.<br><br>WELLS FARGO BANK, N.A., D/B/A<br>AMERICA'S SERVICING COMPANY;<br>NORTHWEST TRUSTEE SERVICES,<br>INC.; DEUTSCHE BANK NATIONAL<br>TRUST COMPANY, AS TRUSTEE FOR<br>HSI ASSET SECURITIZATION<br>CORPORATION TRUST 2007-NC1,<br>MORTGAGE PASS-THROUGH<br>CERTIFICATES, SERIES 2007-NC1; and<br>DOES 1 through 50, Inclusive,<br><br>        Defendant(s). | Case No.: 3:13-cv-01042 MEJ<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE  PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** |

TO THE HONORABLE COURT, TO ALL PARTIES AND TO THEIR ATTORNEYS

OF RECORD:

NOTICE IS HEREBY GIVEN THAT PLAINTIFFS: JOSEPHINE DOMINGO and

LOVELYN DOMINGO, pursuant to Federal Rule of Civil Procedure 41(a)(1), respectfully notice

this Court that Plaintiffs JOSEPHINE DOMINGO and LOVELYN DOMINGO hereby voluntarily

dismiss, all claims made by them, against Defendant(s): WELLS FARGO BANK, N.A., D/B/A

1  AMERICA'S SERVICING COMPANY; NORTHWEST TRUSTEE SERVICES, INC.;

2  DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HSI ASSET

3  SECURITIZATION CORPORATION TRUST 2007-NC1, MORTGAGE PASS-THROUGH

4  CERTIFICATES, SERIES 2007-N, in their complaint filed in the above entitled case.

5       Plaintiffs represent that they have not and will not receive any payment, direct or indirect,

6  in connection with the dismissal of the action.

7       Respectfully submitted,

8  DATED: March 28, 2013                    LAW OFFICES OF TIMOTHY L. MCCANDLESS

9

10  _____

11                                          Timothy L. McCandless, Esq.
                                            *Attorney for Plaintiff(s):*
12                                          Josephine Domingo; Lovelyn Domingo

13

14

15

16                                          The Clerk shall close
                                            the file.
17                                          Dated: 3/28/2013

18



19

20

21

22

23

24

25

26

27

28

LAW OFFICES OF TIMOTHY L. MCCANDLESS
820 Main Street, Suite #1
P.O. Box 149
Martinez, California 94553
Telephone (925) 957-9797/ Facsimile (925) 957-9799

NOTICE OF VOLUNTARY DISMISSAL

**CERTIFICATE OF SERVICE**

I, Eric Santos declare:

I am employed by the law firm of LAW OFFICES OF TIMOTHY L. MCCANDLESS in the County of Contra Costa, State of California; I am over the age of 18 years and not a party to this action; my business address is 820 Main Street, Suite #1, Martinez, California 94553.

I have first hand personal knowledge of the facts set forth below and if called upon to testify, I could and would do so competently and truthfully.

I hereby certify that on March 28th, 2013, I electronically filed with the Clerk of the Court the following documents(s):

• **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**

using the CM/ECF system. The CM/EFC system will provide service of such filing(s) via Notice of Electronic Filing (NEF) to the following NEF parties:

Attorney(s) for Defendant(s):

• *Wells Fargo Bank, N.A. d/b/a America's Servicing Company;*
  *Deutsche Bank National Trust Company, As Trustee for HSI Asset Securitization Corporation Trust 2007-NC1, Mortgage Pass-Through Certificates, Series 2007-NC1*

  **Ashley Brooke Hennessee, Esq. -** mks@severson.com
  **Gurinder Singh Grewal, Esq. -** ggrewal@severson.com
  **Thomas Nathaniel Abbott, Esq. -** tna@severson.com
  SEVERSON & WERSON, APC
  One Embarcadero Center, Suite 2600
  San Francisco, CA 94111

• *Northwest Trustee Services, Inc.*
  **Kathy Shakibi, Esq. -** kshakibi@rcolegal.com
  ROUTH CRABTREE OLSEN P.S.
  1241 E. Dyer Rd., Suite 250
  Santa Ana, CA 92705

LAW OFFICES OF TIMOTHY L. MCCANDLESS
820 Main Street, Suite #1
P.O. Box 149
Martinez, California 94553
Telephone (925) 957-9797/ Facsimile (925) 957-9799

1    I declare under penalty of perjury under the laws of state of California that the above is

2   true and correct.

3          Executed on March 28th, 2013 at Martinez, California

4

5                                                          _____

                                                            Eric Santos

6

7

8

9

10

LAW OFFICES OF TIMOTHY L. MCCANDLESS
820 Main Street, Suite #1
P.O. Box 149
Martinez, California 94553
Telephone (925) 957-9797/ Facsimile (925) 957-9799

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF VOLUNTARY DISMISSAL